*Ming, Jr.,* Special Assistant Attorney General, and *Milton Mallin,* Assistant Attorney General, for petitioner in No. 360. *William A. Dougherty, James Lawrence White* and *Henry F. Lippitt, II,* for the Mississippi River Fuel Corporation, respondent. Reported below: 181 F. 2d 833.

No. 366. KLAPPROTT *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *P. Bateman Ennis, Frederick M. P. Pearse* and *Morton Singer* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Robert G. Maysack* for the United States.

No. 378. HESSEY ET AL., CONSTITUTING THE PUBLIC SERVICE COMMISSION OF MARYLAND, ET AL. *v.* BALTIMORE TRANSIT CO. ET AL. Court of Appeals of Maryland. Certiorari denied. *Charles D. Harris* for petitioners. *Clarence W. Miles, Henry H. Waters* and *William B. Rafferty* for respondents.

No. 380. M. H. JACOBS CO., INC. ET AL. *v.* STAHLY, INC. C. A. 7th Cir. Certiorari denied. *Sidney Neuman* and *Arthur B. Seibold, Jr.* for petitioners. *Jules L. Brady* and *John Rex Allen* for respondent.

No. 386. ADMIRAL CORPORATION *v.* HAZELTINE RESEARCH, INC. C. A. 7th Cir. Certiorari denied. *Floyd H. Crews, Morris Relson* and *Francis H. Uriell* for petitioner. *Laurence B. Dodds, Miles D. Pillars, Philip F. LaFollette, Leonard A. Watson* and *M. Hudson Rathburn* for respondent.